IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE: PHENYLPROPANOLAMINE
(PPA) PRODUCT LIABILITY LITIGATION

| | | |
|---|---|---|
| James F. Lewis and Susan S. Lewis, | ) | MDL No. 1407 |
| | ) | 2:04cv-379 |
| Plaintiffs, | ) | Transferred from USDC Minnesota |
| vs. | ) | 03-6189 JNE/GHL |
| | ) | |
| Wyeth F/K/A American Home Products | ) | |
| Corporation, Wyeth F/K/A | ) | **ORDER** |
| Whitehall-Robins Healthcare and | ) | |
| SuperValu, Inc., d/b/a Cub Foods, | ) | |
| | ) | |
| Defendants. | ) | |

The above-entitled matter comes before the Court on a motion by Defendant SuperValu, Inc., d/b/a Cub Foods, for an Order for summary judgment. The Court, having considered the pleadings and papers filed herein, finding the motion unopposed, and being fully advised in the premises, renders its Order as follows:

**IT IS HEREBY ORDERED** that Defendant's motion for summary judgment is **GRANTED**. Defendant SuperValu is hereby dismissed.

Dated:   August 2, 2005 .


_/s/ Barbara J. Rothstein_
Barbara J. Rothstein
Judge of U.S. District Court